# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Crim. No. 5:10-CR-138-1D

WHITNEY MCCHESNEY CLARKE

On September 22, 2014, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain　　　　　　　　　　　　/s/Linwood E. King
Michael C. Brittain　　　　　　　　　　　　　Linwood E. King
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8682
　　　　　　　　　　　　　　　　　　　　　　Executed On: February 22, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __22__ day of __February__, 2017.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　James C. Dever III
　　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge